UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TITO THOMAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA VICTIM COMPENSATION PROGRAM, et al.,<br><br>　　　　Defendants. | No. 2:16-cv-1237 JAM CKD PS<br><br><br>ORDER |

The federal venue statute provides that a civil action may be brought only in "(1) a judicial district where any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

In this action, plaintiffs allege that defendant Heffner, Hawthorne Police Chief, lied on police reports and that as a result, in subsequent criminal proceedings, plaintiff was denied due process. The City of Hawthorne is located in Los Angeles County. Therefore, plaintiff's claim should have been filed in the United States District Court, Central District of California, Western

1

Division. In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district. <u>See</u> 28 U.S.C. § 1406(a); <u>Starnes v. McGuire</u>, 512 F.2d 918, 932 (D.C. Cir. 1974).

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court, Central District of California, Western Division.

Dated: June 15, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 thomas1237.tra

2